UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILEEN CAIN,

                Plaintiff,

    -against-

MERCY COLLEGE, *et al.*,

                Defendants.

20-CV-2262 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued February 25, 2021, dismissing the amended complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 25, 2021
          New York, New York

                                                *Louis L. Stanton*
                                                   Louis L. Stanton
                                                       U.S.D.J.