UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/26

ILEENE CAIN,

                Plaintiff,

     - against -

MERCY COLLEGE, et al.,

                Defendants.

20-cv-2262 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

    Plaintiff's outstanding motions in this case, listed as follows, are denied:

- Motion for Extension of Time to File Notice of Appeal (Dkt. No. 34),

- Motion for Leave to Proceed In Forma Pauperis on Appeal (Dkt. No. 35), and

- Motion to Recuse the Presiding Judge (Dkt. No. 37).

    The Court dismissed this case by Order and Judgment on February 25, 2021. That Order was affirmed by the Second Circuit Court of Appeals on July 13, 2022, and the Supreme Court denied certiorari on February 21, 2023. The case is closed.

    So ordered.

Dated:    New York, New York
        February 18, 2026

                       _____
                       LOUIS L. STANTON
                       U.S.D.J.